IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BILLY ROY GEE, DIANE PONDER, REBECCA A. GEE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF BRENT GEE AND NEXT FRIEND TO THEIR MINOR CHILDREN, DAKOTA GEE, TORI GEE, AND CODY GEE, GLORIA SCHULTZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARK SCHULTZ, KERRY SCHULTZ, TRACY JESSEE, A. JAY SCHULTZ AND KATHLEEN MEADOWS SCHULTZ | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2-05CV-34 TJW |
| Plaintiffs | | |
| vs. | | |
| VAN'S AIRCRAFT, INC. | | |
| Defendant | | |

## JUDGMENT OF THE COURT

BE IT REMEMBERED that on this day came on to be heard in its regular order the above-styled and numbered cause and came the Plaintiffs, **REBECCA GEE** as next friend of the minor plaintiffs, **TORI CHEYENNE GEE AND DAKOTA SHANE GEE**, in person and by attorney of record and said minors appearing herein by **REBECCA GEE**, as next friend, and by and through a guardian ad litem heretofore appointed by the Court to represent the interest of said minors herein, and **VAN'S AIRCRAFT, INC.**, Defendant, appeared by and through its attorney of record, whereupon it was announced to the Court and that all matters in controversy herein had been confidentially settled between the next friend, minor plaintiffs and Defendant,

subject to approval and apportionment by the Court and after having reviewed the confidential settlement agreement of the parties and having heard evidence regarding the incident which forms the basis of this suit, and the manner of the accident, evidence regarding the injuries and damages sustained by the parties, and the liability between the parties, the Court finds that the parties voluntarily entered into a confidential settlement agreement, that such settlement is made to avoid the further legal expense and harassment of litigation and that such settlement is in all things just, fair and equitable and in the best interest of said minors and the proceeds thereof are apportioned by the Court in the sums recited in their confidential settlement agreement and decreed in favor of each of the parties plaintiff hereto which the Court also finds to be fair, just and equitable and in the best interest of said minors.

     **TORI CHEYENNE GEE** and **DAKOTA SHANE GEE**, Plaintiff, minors, are hereby ORDERED to have and recover from Defendant by and through their next friend, **REBECCA GEE**, as damages by reason of this suit the sum and amount as set out in the confidential settlement agreement.

     It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the minor Plaintiffs do have and recover of and from Defendant the sum benefit of the total sums set out in their confidential settlement agreement which has been approved as to form by counsel and this court..

     It further appearing to the Court, and the Court having found, that Defendant denied liability herein and that this was a compromise of a disputed suit and claim and not an admission of liability; it is, therefore, ORDERED that no evidence with reference to this Judgment and compromise be admissible against Defendant in any other suit,

claim or proceeding.  However, it is and may be pled as an absolute and final bar to any action pending or hereafter prosecuted by the plaintiffs or anyone claiming by, through or under plaintiffs.

The Court finds that pursuant to their confidential settlement agreement this judgment is fully paid and satisfied and no execution shall ever issue hereon. It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that no execution shall issue herein for this Judgment on any part thereof, that all costs are adjudged against the party incurring the same, and this Judgment shall stand in all things fully and finally PAID, SATISFIED, EXTINGUISHED and RELEASED, and further based upon the stipulation of the adult parties filed herein and the stipulations of the counsel for the minors set out below, all claims asserted or could have been asserted by plaintiffs against defendant are DISMISSED with prejudice.

It appearing to the court that ROBERT C. BUNT was appointed as ad litem for and on behalf of the minor plaintiffs. It is ORDERED and DECREED that the ad litem is awarded as attorneys fees as ad litem for the minor plaintiffs the sum and amount of $_____ which is payable by Defendant herein.

SIGNED this _____ day of _____, _____.

_____
JUDGE PRESIDING

SO STIPULATED AND APPROVED:

_____
ANDREW PAYNE
Attorney for Plaintiffs

E:\4676.001\DOC\Final Minors Judgment051221.Doc

_____
ROBERT C. BUNT
Guardian ad litem


_____
CURTIS (CURT) W. FENLEY, III
Attorney for Defendant